UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No.: 8:22-cr-234-WFJ-LSG

MARQUIS LAMAR MCCULLOUGH,

    Defendant.
_____/

## ORDER

The defendant Marquis Lamar McCullough moves under 18 U.S.C. § 4241(b) for a psychiatric exam to determine competency. Doc. 102. A contemporaneous order grants that motion and refers the matter to me for further handling. Doc. 103. During counsel's most recent meeting with the defendant, McCullough was "unaware of where he was, or why" and counsel was unable to have a meaningful conversation with him about the case. Doc. 102. Based on the information in McCullough's motion, reasonable cause exists to believe that McCullough may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed to trial. Accordingly, I appoint Dr. Amy Gambow of the Carter Psychology Center, 4835 27th Street West, Suite 125, Bradenton, Florida, 34207, to conduct an independent psychiatric examination of McCullough. Counsel for McCullough shall collect all available mental health records for McCullough and promptly provide them to Dr. Gambow for use during McCullough's evaluation. Dr.

Gambow must complete the examination and file a report with this Court, with copies provided to counsel for McCullough and to the attorney for the United States, no later than **December 27, 2024**. The report shall include:

1) The defendant's history and present symptoms;

2) A description of the psychiatric, psychological, and medical tests that were employed and their results;

3) The examiner's findings; and

4) The examiner's opinion as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

18 U.S.C. § 4247(c). On receiving the report, I will schedule a hearing on the matter.

18 U.S.C. § 4241. The United States Attorney's Office, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602, shall be billed directly for all services rendered in accord with this order.

**ORDERED** this 22nd day of November, 2024.

LINDSAY S. GRIFFIN
United States Magistrate Judge